UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

APR - 8 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **4:15CR00167 AGF/TCM** |
| v. | ) | |
| | ) No. | |
| JUSTIN L. LUSTER, | ) | |
| , | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

### COUNT I

The Grand Jury further charges that:

Between on or about March 20, 2015 and March 23, 2015, within the Eastern District of Missouri and elsewhere, the defendant,

**JUSTIN L. LUSTER,**

did knowingly, in or affecting interstate commerce: recruit, entice, harbor, transport, provide, obtain or maintain by any means a person, "Jane Doe A.," knowing and in reckless disregard of the fact that such person had not attained the age of 18 years; knowing such person would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1) and punishable under Title 18, United States Code, Section 1594(a).

1

## COUNT II

The Grand Jury further charges that:

Between on or about March 20, 2015 and March 23, 2015, within the Eastern District of Missouri and elsewhere, the defendant,

**JUSTIN L. LUSTER,**

did knowingly, in or affecting interstate commerce: attempt to recruit, entice, harbor, transport, provide, obtain or maintain by any means a person, "Jane Doe B," knowing and in reckless disregard of the fact that such person had not yet attained the age of 18 years; knowing such person would be caused to engage in a commercial sex act; and committed a substantial step in furtherance thereof.

In violation of Title 18, United States Code, Section 1591(a)(1) and punishable under Title 18, United States Code, Section 1594(a).

## COUNT III

The Grand Jury further charges that:

Between on or about February 10, 2015 and on or about March 23, 2015, within the Eastern District of Missouri and elsewhere, the defendant,

**JUSTIN L. LUSTER,**

did knowingly use facilities in interstate commerce with the intent to promote, manage, establish, or carry on an unlawful activity, to wit: prostitution, and thereafter did knowingly promote,

manage, establish or carry on that unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney

3